## DUCLEOUX, ET AL. V. MEAHER.
(Decided Jan. 20, 1910.)

APPEAL from Mobile Chancery Court.

Heard before Hon. THOMAS H. SMITH.

ELLIOTT G. RICARBY, for appellant.

HARRY T. SMITH, for appellee.

SIMPSON, J.—Affirmed on the authority of *Austin, et al. v. Meaher*, 165 Ala. 211, 51 South. 799

DOWDELL, C. J., and MCCLELLAN and MAYFIELD, JJ., concur.

---

## EVERETT V. MEAHER.
(Decided Jan. 20, 1910.)

APPEAL from Mobile Chancery Court.

Heard before Hon. THOMAS H. SMITH.

ELLIOTT G. RICARBY, for appellant.  HARRY T. SMITH, for appellee.

SIMPSON, J.—Affirmed on the authority of *Austin, et al. v. Meaher*, 165 Ala. 211, 51 South. 799.

DOWDELL, C. J., MCCLELLAN and MAYFIELD, JJ., concur.

---

## EX PARTE BALL.
(Decided Jan. 18, 1910.)

Original petition in the Supreme Court.

J. M. CHILTON and BALL & SANFORD, for petitioner.

GUNTER & GUNTER, for respondent.

Per curiam.—Rule nisi denied.

---

## EX PARTE BOZEMAN, ET AL.
(Decided Feb. 26, 1910.)

Original petition in the Supreme Court.

GLOVER, MIXON & VALENTINE, for petitioner.

W. O. MULKY, for respondent.

Per curiam.—Prohibition denied.